The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALASKA PLUMBING AND PIPEFITTING INDUSTRY PENSION FUND and Robert Hubbard as a Fiduciary of the ALASKA PLUMBING AND PIPEFITTING INDUSTRY PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>POLAR REFRIGERATION AND RESTAURANT EQUIPMENT, INC; and COMMERCIAL KITCHEN SOLUTIONS, LLC,<br><br>Defendants. | CASE NO. 2:20-cv-00173-RSM<br><br><br>STIPULATED MOTION TO EXTEND DEADLINES |

Pursuant to Local Rule 7(d)(1) of the Western District of Washington, Plaintiffs Alaska Plumbing and Pipefitting Industry Pension Fund and Robert Hubbard as a Fiduciary of the Alaska Plumbing and Pipefitting Industry Pension Fund ("Plaintiffs") and Defendants Commercial Kitchen Solutions LLC and Polar Refrigeration and Restaurant Equipment, Inc. ("Defendants"), through their counsel, respectfully file this Stipulated Motion to Extend the Deadline for Defendants to respond to the Complaint, and a 30-day extension of the Rule 26 deadlines. This motion is for good cause and not for the purpose of delay. This Stipulated Motion is made with respect to the following:

1. Plaintiffs filed the Complaint on or about February 4, 2020;

STIPULATED MOTION TO EXTEND
DEADLINES - 1
CASE NO. 2:20-cv-00173-RSM
#1314859 v1 / 74190-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

2. Plaintiffs caused the Complaint to be served on Defendants on or about April 15, 2020.

3. Defendants' present deadline for responding to the Complaint is May 5, 2020;

4. Defendants require additional time to investigate the facts giving rise to Plaintiffs' claims;

5. Plaintiffs and Defendants have conferred and agreed, subject to the Court's approval, to extend the deadline for Defendants to file their response to the Complaint until June 2, 2020.

6. Plaintiffs and Defendants have also conferred and agreed, subject to the Court's approval, to a 30-day extension of the Rule 26 deadlines as follows:

   a. FRCP 26(f) conference deadline of May 14, 2020 to be extended until June 11, 2020;

   b. Initial disclosures deadline of May 21, 2020 to be extended until June 18, 2020; and

   c. Joint status report deadline of May 28, 2020 to be extended until June 25, 2020.

Accordingly, the parties by and through the undersigned counsel, stipulate and agree as follows, subject to the Court's approval, that good cause appearing, the deadline for Defendants to respond to Plaintiffs' Complaint is extended to June 2, 2020, and the Rule 26 deadlines are extended by 30 days.

DATED this 5th day of May, 2020.

*s/ Paul Richard Brown*
Paul Richard Brown, WSBA # 19357
Richard J. Omata, WSBA #7032
Brett A. Elliott, WSBA # 51157
Karr Tuttle Campbell
701 Fifth Ave., Suite 3300
Seattle, WA 98104
(206) 223-1313
pbrown@karrtuttle.com

STIPULATED MOTION TO EXTEND
DEADLINES - 2
CASE NO. 2:20-cv-00173-RSM
#1314859 v1 / 74190-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Defendant Commercial Kitchen Solutions, LLC and Polar Refrigeration and Restaurant Equipment, Inc. |
| 3 | |
| 4 | *s/ Jeffrey G. Maxwell* |
| | Jeffrey G. Maxwell, WSBA # 33503 |
| 5 | Barlow Coughran Morales & Josephson, P.S. |
| | 1325 Fourth Avenue, Suite 910 |
| 6 | Seattle, WA 98101 |
| | (206) 224-9900 |
| 7 | jeffreym@mrbclaw.com |
| | Local Counsel for Plaintiffs |
| 8 | |
| 9 | Neil J. Gregorio (*pro hac vice*), PA Id. #90895 |
| | Tucker Arensberg, P.C. |
| 10 | 1500 One PPG Place |
| | Pittsburgh, Pennsylvania 15222 |
| 11 | (412) 566-1212 |
| | ngregorio@tuckerlaw.com |
| 12 | Counsel for Plaintiffs |

STIPULATED MOTION TO EXTEND
DEADLINES - 3
CASE NO. 2:20-cv-00173-RSM
#1314859 v1 / 74190-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# ORDER

IT IS HEREBY ORDERED that the Stipulated Motion to Extend the Deadlines is granted. The deadline for Defendants to response to Plaintiffs' Complaint is extended to June 2, 2020, and the Rule 26 deadlines are extended by 30 days.

IT IS SO ORDERED this 7th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Paul Richard Brown*
Paul Richard Brown, WSBA # 19357
Richard J. Omata, WSBA #7032
Brett A. Elliott, WSBA # 51157
Karr Tuttle Campbell
701 Fifth Ave., Suite 3300
Seattle, WA 98104
(206) 223-1313
pbrown@karrtuttle.com
Attorneys for Defendant Commercial Kitchen Solutions, LLC and Polar Refrigeration and Restaurant Equipment, Inc.

*s/ Jeffrey G. Maxwell*
Jeffrey G. Maxwell, WSBA # 33503
Barlow Coughran Morales & Josephson, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
(206) 224-9900
jeffreym@mrbclaw.com
Local Counsel for Plaintiffs

Neil J. Gregorio (*pro hac vice*), PA Id. #90895
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
ngregorio@tuckerlaw.com
Counsel for Plaintiffs

STIPULATED MOTION TO EXTEND
DEADLINES - 4
CASE NO. 2:20-cv-00173-RSM
#1314859 v1 / 74190-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Rondi Moreau, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused to be filed a true and correct copy of the foregoing STIPULATED MOTION TO EXTEND DEADLINES and Certificate of Service by using the Court's electronic filing system. I caused the same to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Jeffrey G. Maxwell, Esq.<br>Barlow Coughran Morales & Josephson, P.S.<br>*Attorneys for Plaintiffs* | ☒ CM/ECF via court's website<br>jeffreym@mrbclaw.com |
| Neil J. Gregorio<br>Scott R. Leah<br>Kathleen A. Nandan<br>Brian A. Pepicelli<br>Ian M. Grecco<br>Tucker Arensberg, P.C.<br>*Attorneys for Plaintiffs* | ☒ CM/ECF via court's website<br>ngregorio@tuckerlaw.com<br>sleah@tuckerlaw.com<br>knandan@tuckerlaw.com<br>bpepicelli@tuckerlaw.com<br>igrecco@tuckerlaw.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 5th day of May 2020, at Seattle, Washington.

/s/ Rondi Moreau
Rondi Moreau

STIPULATED MOTION TO EXTEND
DEADLINES - 5
CASE NO. 2:20-cv-00173-RSM
#1314859 v1 / 74190-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100