UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALASKA PLUMBING AND PIPEFITTING INDUSTRY PENSION FUND; and Robert Hubbard as a Fiduciary of the ALASKA PLUMBING AND PIPEFITTING INDUSTRY PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>POLAR REFRIGERATION AND RESTAURANT EQUIPMENT, INC.; and COMMERCIAL KITCHEN SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:20-cv-00173-RSM<br><br>ORDER RESETTING TRIAL AND DISCOVERY-RELATED DEADLINES |

This matter is before the Court on the Parties' stipulated motion. The Court has considered the motion, as well as the pleadings, files, and court records in this matter. Being otherwise advised, the Court ORDERS: the Parties' stipulated motion is GRANTED. The remaining deadlines set by Order dated July 9, 2020 have been adjusted as follows:

  a. Deadline for filing motions related to discovery July 23, 2021

  b. Discovery completed by August 27, 2021

  c. All dispositive motions must be filed by September 24, 2021

  d. Mediation, if requested by the Parties November 5, 2021

|   |   |   |   |
|---|---|---|---|
| e. | All motions in limine | | March 14, 2022 |
| f. | Agreed pretrial order | | March 30, 2022 |
| g. | Pretrial conference to be scheduled by the Court | | _____ |
| h. | Trial briefs, proposed findings of fact / conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | | April 6, 2022 |
| i. | Trial date | | April 18, 2022 |

Dated: May 28, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE